**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KATE PLUMMER (legal name KEITH PLUMMER),<br><br>Plaintiff,<br><br>v.<br><br>CONEMAUGH HEALTH COMPANY, LLC, DLP CONEMAUGH MEMORIAL MEDICAL CENTER, LLC, DLP CONEMAUGH PHYSICIAN PRACTICES, LLC, AND TAHER ELSDAI,<br><br>Defendants. | Civil Action No. 3:22-cv-137<br><br>**Electronically Filed** |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF TAHER ELSDAI PURSUANT TO RULE 41**

AND NOW, comes the plaintiff, by and through counsel, and files the following Stipulation for Dismissal With Prejudice of Taher Elsdai Pursuant to Rule 41:

1. The plaintiff hereby dismisses this action as to Taher Elsdai, with prejudice.

2. Pursuant to Federal Rule 41, this Stipulation is signed by all parties who have appeared.

STIPULATED TO AND AGREED BY:

COMMUNITY JUSTICE PROJECT

Date: Sept. 5, 2024

*/s/Kevin Quisenberry*
Kevin Quisenberry
PA I.D. #90499
kquisenberry@cjplaw.org

Attorney for Plaintiff

Case 3:22-cv-00137-SLH Document 18 Filed 09/09/24 Page 2 of 2

DICKIE, MCCAMEY & CHILCOTE, P.C.

Date: Sept. 5, 2024

/s/ Jeffrey J. Wetzel
Jeffrey J. Wetzel
PA I.D. #92843
jwetzel@dmclaw.com

Attorney for Defendants

AND NOW, this 9th,
day of September, 2024,
IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE