**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KATE PLUMMER (legal name KEITH PLUMMER),

Plaintiff,

v.

CONEMAUGH HEALTH COMPANY, LLC, DLP CONEMAUGH MEMORIAL MEDICAL CENTER, LLC, AND DLP CONEMAUGH PHYSICIAN PRACTICES, LLC.

Defendants.

Civil Action No. 3:22-cv-137

**Electronically Filed**

**ORDER OF COURT**

AND NOW, to-wit, this 11th day of September, 2024, this action is dismissed.

BY THE COURT:

____________________, J.